Judge Joesph F. Batallion   Case 8:13CV278

I seek to voluntarily dismiss this matter until i am eighter out of Jail or sent to prison once in prison i will have a Job then I will have the funds to pay my fileing fee's. Please & Thankyou

Sincerly

Jade M. Owen

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
13 DEC 27 PM 12: 40
OFFICE OF THE CLERK

RECEIVED
DEC 2 7 2013
CLERK
U.S. DISTRICT COURT
OMAHA

Jade Owens
Printed Name

( 1591479 ) ( 16·2 )
Data #      Module #

Douglas County
DEPARTMENT OF CORRECTIONS
710 SOUTH 17TH STREET
OMAHA, NEBRASKA 68102

OMAHA NE 680
26 DEC 2013 PM 1 L


FOREVER USA
Bank Swallow

Office of the Clerk
United States District Court
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1152
Omaha, Ne 68102-1322

**RECEIVED**
DEC 27 2013
CLERK
U.S. DISTRICT COURT
OMAHA

68102132277